## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**PATRICIA HENRY,**

    **Plaintiff,**

v.                                           Case No.  8:06-cv-876-T-30TBM

**5-D TROPICAL, INC. a Florida Corporation,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. #12).  The Court, having considered the joint stipulation of the parties, and being otherwise advised in the premises, finds that the parties' stipulation of voluntary dismissal with prejudice pursuant to Rule 41(a) should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. The parties' Joint Stipulation of Dismissal With Prejudice (Dkt. #12) is GRANTED.
2. This case is dismissed with prejudice.
3. The Clerk is directed to terminate any pending motions and CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on August 29, 2006.

                                      JAMES S. MOODY, JR.
                                    UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-876.stip dismiss prej 12.wpd